STATE OF NEW JERSEY v. RALPH NICASTRO.

April 22, 1975. Petition for certification denied.

PATROLMEN'S BENEVOLENT ASSOCIATION OF MONT-
CLAIR, NEW JERSEY, LOCAL #53 v. TOWN OF MONT-
CLAIR.

April 22, 1975. Petition for certification granted. (See
131 *N. J. Super.* 505)

STATE OF NEW JERSEY v. LONNIE MACK.

April 22, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL WILLIAMS.

April 22, 1975. Petition for certification denied.

LENAPE DISTRICT EDUCATION ASSOCIATION v.
HARRY S. McELHONE.

April 22, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. HARRY L., JR.

April 22, 1975. Petition for certification denied.